IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BANK OF AMERICA, N.A. Successor by Merger to PROGRESS BANK, | : : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| STEWART GRITZ, | : | |
| Defendant. | : | NO. 09-1842 |

## ORDER

AND NOW, this 26th day of March 2010, upon consideration of Mr. Gritz's Petition to Open Judgment by Confession and for Stay of Execution (Doc. No. 9), Plaintiff's Opposition thereto (Doc. No. 14), and all other related briefing (Doc. Nos. 16, 18, 22, 23), IT IS HEREBY ORDERED that Mr. Gritz's Petition (Doc. No. 9) is DENIED.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE